DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MARCOS REYES,**
Appellant,

v.

**MARIANELA REYES,**
Appellee.

No. 4D14-847

[June 24, 2015]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Merrilee Ehrlich, Judge; L.T. Case No. FMCE13008886.

Martin H. Genet of Law Office of Martin Genet, P.A., Miami, for appellant.

No brief filed for appellee.

PER CURIAM.

The appellant, Marcos Reyes, appeals the trial court's denial of his amended motion for relief from judgment. We affirm without prejudice for the trial court to complete the equitable distribution of the marital residence. *See* § 61.075, Fla. Stat. (2014).

*Affirmed.*

WARNER, GROSS and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***